IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | C/A NO.: 0:10-cv-02309-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ONE DELL INSPIRON NOTEBOOK COMPUTER, ONE TARGUS MOUSE, ONE COMPUSA KEYBOARD, ONE COMPAQ PRESARIO COMPUTER, ONE KDS XFLAT MONITOR | ) ) ) ) ) ) | |
| Defendants. | | |

ORDER GRANTING DEFAULT JUDGMENT

This *in rem* forfeiture action was initiated through a Complaint filed on August 26, 2010. It concerns a Dell Inspiron Notebook Computer, Targus Mouse, Compusa Keyboard, Compaq Presario Computer, and KDS Xflat Monitor ("Defendant Property"), which was seized on September 7, 2010, by officers of the United States Secret Service. The Complaint alleges that the Defendant Property constitutes or is traceable to proceeds furnished in exchange for wire fraud, in violation of 18 U.S.C § 1343, or that the Defendant Property was used or intended to be used to facilitate such offenses; and, that the Defendant Property is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

It appears that lawful notice of the proposed forfeiture was given by publication to any potential third-party claimants who may have or claim an interest in the Defendant Property, and that the only known potential claimant, Janice Marie Carlisle ("Carlisle"), was previously properly served with the Complaint and related documents. It further appears that no Claim, Answer or other

responsive pleadings have been filed in this action by any persons or entities, and that all deadlines for such filing or service have now passed.

Accordingly, based upon review of all the matters of record in this case, the Court finds and concludes as follows:

    1.    That process was lawfully executed in this action and returned according to law;

    2.    That the Defendant Property was lawfully arrested by the United States Secret Service pursuant to the Warrant of Arrest and Notice *in Rem* issued by this Court;

    3.    That public notice of this action was lawfully made on an official government internet web site having general circulation in this District;

    4.    That Janice Marie Carlisle, the only known potential claimant, has received direct notice of this forfeiture action, and that she is not an infant or incompetent person, nor is she serving in the armed forces;

    5.    That Janice Marie Carlisle has failed to file a Claim or Answer in this action as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

    6.    That no other person or entity has filed any verified Claim or Answer within the time fixed by law; and

    7.    That the allegations of the Complaint for Forfeiture *in Rem* are taken as admitted.

NOW THEREFORE, based upon the above findings, and the Court being otherwise fully advised, it is hereby ORDERED, ADJUDGED, AND DECREED that:

    1.    Default judgment shall be entered by the Clerk of Court against the Defendant Property and in favor of the United States.

2. Pursuant to 21 U.S.C. § 981(a)(1)(C), the Defendant Property is hereby forfeited, condemned, quit-claimed and abandoned to the United States of America.

3. Title to the Defendant Property is vested exclusively in the United States of America, and no other right or interest exists therein. All other claims in the Defendant Property are hereby forever foreclosed and barred.

4. The Defendant Property forfeited herein shall be disposed of by the United States as authorized by law.

IT IS SO ORDERED.

March 28, 2011  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge